# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *
ECC ENVIRONMENTAL LLC,            *
                                  *
                                  *
         Protestor,               *
                                  *
v.                                *
                                  *  No. 21-2087C
UNITED STATES,                    *  Filed: November 4, 2021
                                  *
         Defendant,               *
                                  *
v.                                *
                                  *
TFS-APTIM JV LLC,                 *
                                  *
         Defendant-Intervenor.    *
                                  *
* * * * * * * * * * * * * * * * *
```

**O R D E R**

The court is in receipt of protestor's November 3, 2021 notice of voluntary dismissal without prejudice. Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims (2021), this court **ORDERS** that this protest be **DISMISSED,** without prejudice.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**